UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FARVA JAFRI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | No.: 18-cv-04792 |
| v. ) | |
| ) | |
| ) | |
| JOHN C. GEKAS and ) | |
| SAUL EWING ARNSTEIN & LEHR ) | |
| LLP ) | |
| Defendants. ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff FARVA JAFRI and her counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants JOHN C. GEKAS and SAUL EWING ARNSTEIN & LEHR LLP

Date: August 7, 2018

\s\Leroy U. Ekechukwu
53 W. Jackson Blvd., Suite 1440
Chicago, Illinois 60604
(312) 360-1944